**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Jose Luis FLORES–PONS, aka Jose Luis Flores–Ponnis, aka Johnny Castellon, aka Jose Luis Flores, Defendant—Appellant.**

**No. 02–50019.
D.C. No. CR–01–00011–DOC–1.**

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 9, 2002.*

Decided Sept. 20, 2002.

Before HUG, O'SCANNLAIN and TASHIMA, Circuit Judges.

## MEMORANDUM **

Jose Flores–Pons appeals his conviction, pursuant to a guilty plea, and sentence for

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

being a deported alien found in the United States in violation of 8 U.S.C. § 1326.

Flores–Pons's attorney has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and has moved to withdraw as counsel of record. Flores–Pons did not file a pro se supplemental brief. Because our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), reveals no arguable issues, we grant counsel's motion to withdraw, and affirm the conviction and sentence.

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.